**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT FRANKFORT**

CIVIL ACTION NO. 2010-64 (WOB-JGW)

ISMAEL GUTIERREZ                                                   PETITIONER

VS.                              ORDER and JUDGMENT

COOKIE CREWS, Warden                                               RESPONDENT

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. #15), and having considered de novo those objections filed thereto by petitioner (Doc. #16), and the response thereto by respondent (Doc. #17), and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be **denied**; and that this within matter be, and it hereby is, **dismissed** and **stricken** from the docket of this court.

This 5th day of January, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge